IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN EDWARD MERRIFIELD,                No. 2:04-cv-0488-MCE-PAN-P

      Plaintiff,

  v.                                      ORDER

KLU KLUX KLAN, et al.,

      Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On March 2, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.

///

1

1  Plaintiff has not filed objections to the findings and

2  recommendations.

3      A party appearing without counsel must notify the clerk and

4  all parties of any address change.   L.R. 83-183(b).  Absent such

5  notice, service of papers on the prior address is effective.

6  L.R. 83-182(d).

7      The court has reviewed the file and finds the findings and

8  recommendations to be supported by the record and by the

9  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED

10 that:

11     1.  The findings and recommendations filed March 2, 2006,

12 are adopted in full; and

13     2.  This action is dismissed without prejudice.

14 DATED: April 20, 2006

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE